

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2019

No. 04-18-00575-CV

Charles Victor **WILLIAMS**,
Appellant

v.

Scott **STILES**, et al.,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-06819
Honorable Norma Gonzales, Judge Presiding

# O R D E R

On May 20, 2019, this court received appellant's brief, and on May 24, 2019, we struck the brief from our record because the brief failed to redact sensitive data and did not contain any citations to authorities or to the record in the statement of facts and the argument. *See* TEX. R. APP. P. 9.9(a)(3), 38.1(g), 38.1(i). On June 21, 2019, appellant filed an amended brief that complied with Texas Rule of Appellate Procedure 9.9 because it did not contain sensitive data. *See* TEX. R. APP. P. 9.9. Appellant's amended brief, however, violates Texas Rule of Appellate Procedure 38 in that the statement of facts and the argument do not contain any citations to authorities or to the record. *See* TEX. R. APP. P. 38.1(g), 38.1(i). It is therefore ORDERED that the amended brief filed by appellant on June 21, 2019, is STRICKEN from our record. It is FURTHER ORDERED that appellant file an amended brief that contains appropriate citations to authorities and to the record in compliance with Rule 38.1 no later than thirty days from the date of this order or this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.9, 42.3.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2019.



Keith E. Hottle,
Clerk of Court